IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Lana J

Printed: 01/29/09

Case Number: 05 B 63989
Judge: Goldgar, A. Benjamin
Filed: 12/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: January 26, 2009
Confirmed: February 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 48,450.00 |  |
| Secured: |  | 21,420.95 |
| Unsecured: |  | 22,938.13 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,400.00 |
| Trustee Fee: |  | 2,690.92 |
| Other Funds: |  | 0.00 |
| Totals: | 48,450.00 | 48,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 1,400.00 | 1,400.00 |
| 2. | Volkswagon Credit | Secured | 21,420.95 | 21,420.95 |
| 3. | Discover Financial Services | Unsecured | 11,652.26 | 11,652.26 |
| 4. | United States Dept Of Education | Unsecured | 7,412.51 | 2,978.54 |
| 5. | Portfolio Recovery Associates | Unsecured | 20,674.06 | 8,307.33 |
| 6. | Capital One | Unsecured |  | No Claim Filed |
| 7. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 62,559.78 | $ 45,759.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 412.49 |
| 5% | 300.00 |
| 4.8% | 288.00 |
| 5.4% | 1,053.01 |
| 6.5% | 505.42 |
| 6.6% | 132.00 |
|  | $ 2,690.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Lana J | Case Number:  05 B 63989 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed:  12/15/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

